IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 121-053 |
| | ) |
| NURSE JENKINS and NURSE REDD, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** without prejudice Defendant Nurse Redd, and all of Plaintiff's claims against her, for failure to timely effect service. The case shall proceed against Defendant Jenkins as described in the Magistrate Judge's June 9, 2021 Order. (See doc. no. 13.)

SO ORDERED this 1st day of November, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA